**William C. CARAWAN, Jr., Plaintiff-Appellant,**

v.

**Mr. PERRITT; Larry Thompson; Officer Pinyan; George Solomon, Defendants-Appellees.**

**No. 17-7195**

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

William Carawan, Jr., Appellant Pro Se.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William C. Carawan, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carawan v. Perritt*, No. 5:16-ct-03244-FL (E.D.N.C. Aug. 25, 2017). We deny Carawan's motion for a transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*